**Electronically Filed
Supreme Court
SCWC-19-0000787
12-OCT-2021
08:02 AM
Dkt. 5 ODAC**

SCWC-19-0000787

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JAMES A. CAMPBELL,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000787, CASE NO. 1DTA-18-00807)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant James A. Campbell's application for writ of certiorari filed on September 16, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 12, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

